IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHAWNDA TIERNAN,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CAPITAL ACCOUNTS, LLC AND  )<br>JOHN DOES 1-25,  )<br>  )<br>    Defendants.  ) | Civil No. 3:16-cv-03291<br>Judge Trauger |

**O R D E R**

Pursuant to the Stipulated Motion to Vacate Judgment and to Dismiss Case With Prejudice (Docket No. 45), it is hereby ORDERED that the court's Memorandum Opinion entered June 29, 2017 (Docket No. 26) is hereby VACATED, and this case is DISMISSED with prejudice as to all defendants.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

ENTER this 13th day of April 2018.

_____
ALETA A. TRAUGER
U.S. District Judge